UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE E. KERSEY,  )<br> )<br>Plaintiff,  )<br> )<br>v.  )<br> )<br>AMERICAN HONDA FINANCE  )<br>CORPORATION and HERB  )<br>CHAMBERS 1189, INC.,  )<br> )<br>Defendants.  )<br> ) | Civil Action No.<br>16-12631-FDS |

## ORDER DENYING MOTION FOR SUMMARY JUDGMENT

**SAYLOR, J.**

On July 10, 2017, this Court dismissed all claims against Herb Chambers 1189, Inc., and ordered plaintiff to file an amended complaint substituting "Herb Chambers 1186, Inc." as the correct defendant (Docket No. 30) no later than July 20, 2017. Plaintiff was ordered to effectuate proper service of the amended complaint on Herb Chambers 1186, Inc., by August 19, 2017. Plaintiff has not yet complied after six months. Because the proper defendant in this suit has not been served, plaintiff's motion for summary judgment is DENIED as to Herb Chambers 1189, Inc.

**So Ordered.**

Dated: February 21, 2018

/s/ F. Dennis Saylor IV
F. Dennis Saylor IV
United States District Judge