# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____
                                        )
**GEORGE E. KERSEY,**                   )
                                        )
    **Plaintiff,**      )
                                        )    **Civil Action No.**
    **v.**              )    **16-12631-FDS**
                                        )
**AMERICAN HONDA FINANCE**              )
**CORPORATION and HERB**                )
**CHAMBERS 1189, INC.,**                )
                                        )
    **Defendants.**     )
_____)

## ORDER ON DEFENDANT'S MOTION FOR ATTORNEYS' FEES AND COSTS

**SAYLOR, J.**

On April 20, 2018, the Court granted defendant American Honda Finance Corporation's ("AHFC") motion for summary judgment. In its memorandum and order, the Court directed AHFC to file a memorandum and supporting affidavits and exhibits in support of its claim for reasonable attorneys' fees and costs and $13,404.80 in damages by May 11, 2018. Plaintiff George Kersey was directed to file any opposition by May 25, 2018.

Plaintiff has now filed an opposition which largely reiterates arguments made in his prior motion for summary judgment. To the extent the opposition can be construed as a motion for reconsideration, the motion is DENIED.

No meaningful opposition having been filed, defendant's motion for attorneys' fees and costs is GRANTED. Defendant AHFC is hereby awarded $13,404.80 in damages, $32,658 in attorneys' fees, and $81.68 in costs, for a total of $46,144.48.[1]

---

[1] Defendant incurred $31,878 in attorneys' fees for the underlying litigation, plus another $780 in attorneys' fees for preparing the present motion.

**So Ordered.**

/s/  F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated:  May 30, 2018